[No. 7,155.—Department Two.]

## A. R. MENKE ET AL. v. FRANK MILLER.

ASSIGNMENT FOR BENEFIT OF CREDITORS—COMMISSIONS.—Under §§ 2274 and 3471 of the Civil Code, an assignee for benefit of creditors is entitled to commissions, notwithstanding that the instrument of assignment is silent as to commissions, and provides for the disposition of all the proceeds of the assigned property.

APPEAL from a judgment, in the Superior Court of the County of Sacramento.    DENSON, J.

Action to settle the accounts of defendant, assignee of plaintiffs, under assignment for benefit of creditors.    The Court allowed $600 as commissions to defendant.    The assignment contained no provision for commissions, but made provision for disposition of the proceeds of all the assigned property.    The plaintiffs appealed.

*J. H. McKune,* and *W. F. George,* for Appellant.

*Freeman & Bates,* for Respondent.

By the COURT:

The Court below did not err in the judgment appealed from in allowing the defendant $600 as commissions.

Its ruling was in accordance with law, whether tested by the provisions of §§ 2274 or 3471 of the Civil Code.    There is no error in the transcript, and the judgment is affirmed.